**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Luis Fernando Arias Gonzalez

                         Plaintiff,

v.                                      Case No.: 1:26–cv–07389
                                      Honorable John F. Kness

Sam Olson

                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

      MINUTE entry before the Honorable John F. Kness: Before the Court is Petitioner's motion [11] to dismiss his emergency petition for writ of habeas corpus. Consistent with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the motion is granted, and the case is dismissed. Each party shall bear their own fees and costs. Any remaining deadlines are stricken. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.